UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Jinelle Griffin, as pending Administrator of the Estate of Zaida Sanchez, on behalf of herself and all others similarly situated,**

        **Plaintiff,**

  **-against-**

**Phillips & Cohen Associates, Ltd.,**

        **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/06/2022

1:22-cv-02640 (JPO) (SDA)

ORDER SCHEDULING TELEPHONIC
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Friday, August 19, 2022, at 10:00 a.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

  The Court will provide dial-in information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:  New York, New York
     July 6, 2022

                _____
                STEWART D. AARON
                United States Magistrate Judge